# Vladeck, Raskin & Clark, P.C.

Anne L. Clark
212-403-7332
aclark@vladeck.com

September 13, 2018

**By ECF**

The Honorable John G. Koeltl
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

        Re:    Demos Parneros v. Barnes & Noble, Inc.
                No. 18-cv-07834 (JGK)

Dear Judge Koeltl:

        We represent the plaintiff in the above action. The initial conference has been scheduled for November 1, 2018, at 4:30 p.m. I will be out of the country the entire week of October 29, 2018. We respectfully request that the conference be adjourned. This is the first request for an adjournment and counsel for defendant consents to the request. All counsel are available during the following week, except that I have a conference before Judge Engelmayer on November 8 at 3:15 p.m.

                                    Respectfully submitted,

                                    Anne L. Clark

ALC:gb
cc:    Jay Cohen, Esq. (by email)
        Liza M. Velazquez, Esq. (by email)

964578 v1

565 Fifth Avenue, 9th Floor, New York, New York 10017 • (P) 212-403-7300 • (F) 212-221-3172