PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK NEW YORK 10019-6064

TELEPHONE (212) 373 3000

LLOYD K GARRISON (1946 1991)
RANDOLPH E PAUL (1946 1956)
SIMON H RIFKIND (1950 1995)
LOUIS S WEISS (1927 1950)
JOHN F WHARTON (1927 1977)

WRITER S DIRECT DIAL NUMBER

(212) 373-3163

WRITER S DIRECT FACSIMILE

(212) 492-0163

WRITER S DIRECT E MAIL ADDRESS

jaycohen@paulweiss.com

UNIT 5201 FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT BEIJING 100020 CHINA
TELEPHONE (86 10 5828 6300

HONG KONG CLUB BUILDING 12TH FLOOR
3A CHATER ROAD CENTRAL
HONG KONG
TELEPHONE (852 2846 0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU UNITED KINGDOM
TELEPHONE 44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2 2 UCHISAIWAICHO 2 CHOME
CHIYODA-KU TOKYO 100-0011 JAPAN
TELEPHONE (81 3 3597 8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST SUITE 3100
PO BOX 226
TORONTO ONTARIO M5K 1J3
TELEPHONE 416) 504-0520

2001 K STREET NW
WASHINGTON DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE SUITE 200
POST OFFICE BOX 32
WILMINGTON DE 19899 0032
TELEPHONE (302) 655 4410

MATTHEW W ABBOTT
EDWARD T ACKERMAN
JACOB A ADLERSTEIN
ALLAN J ARFFA
ROBERT A ATKINS
DAVID J BALL
SCOTT A BARSHAY
PAUL M BASTA
JOHN F BAUGHMAN
J STEVEN BAUGHMAN
LYNN B BAYARD
CRAIG A BENSON
MITCHELL L BERG
MARK S BERGMAN
DAVID M BERNICK
JOSEPH J BIAL
BRUCE BIRENBOIM
H CHRISTOPHER BOEHNING
ANGELO BONVINO
DAVID W BROWN
SUSANNA M BUERGEL
PATRICK S CAMPBELL*
JESSICA S CAREY
JEANETTE K CHAN
GEOFFREY R CHEPIGA
ELLEN N CHING
WILLIAM A CLAREMAN
LEWIS R CLAYTON
YAHONNES CLEARY
JAY COHEN
KELLEY A CORNISH
CHRISTOPHER J CUMMINGS
THOMAS V DE LA BASTIDE III
ARIEL J DECKELBAUM
ALICE BELISLE EATON
ANDREW J EHRLICH
GREGORY A EZRING
LESLIE GORDON FAGEN
ROSS A FIELDSTON
BRAD J FINKELSTEIN
BRIAN P FINNEGAN
ROBERTO FINZI
PETER E FISCH
ROBERT C FLEDER
MARTIN FLUMENBAUM
ANDREW J FOLEY
ANDREW J FORMAN*
HARRIS B FREIDUS
MANUEL S FREY
ANDREW L GAINES
KENNETH A GALLO
MICHAEL E GERTZMAN
ADAM M GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
ROBERTO J GONZALEZ*
CATHERINE L GOODALL
ERIC GOODISON
CHARLES H GOOGE JR
ANDREW G GORDON
BRIAN S GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A GUTENPLAN
ALAN S HALPERIN
JUSTIN G HAMILL
CLAUDIA HAMMERMAN
BRIAN S HERMANN
MICHELE HIRSHMAN
DAVID S HUNTINGTON
AMRAN HUSSEIN
LORETTA A IPPOLITO
JAREN JANGHORBANI
BRIAN M JANSON
JEH C JOHNSON
MEREDITH J KANE
JONATHAN S KANTER
BRAD S KARP
PATRICK N KARSNITZ
JOHN C KENNEDY
BRIAN KIM
KYLE J KIMPLER
DAVID M KLEIN
ALAN W KORNBERG
DANIEL J KRAMER
DAVID K LAKHDHIR
STEPHEN P LAMB*
JOHN E LANGE
GREGORY F LAUFER
BRIAN C LAVIN
XIAOYU GREG LIU
JEFFREY D MARELL
MARCO V MASOTTI
EDWIN S MAYNARD
DAVID W MAYO
ELIZABETH R McCOLM
ALVARO MEMBRILLERA
MARK F MENDELSOHN
CLAUDINE MEREDITH GOUJON
WILLIAM B MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B O BRIEN
ALEX YOUNG K OH
BRAD R OKUN
KELLEY D PARKER
LINDSAY B PARKS
VALERIE E RADWANER
CARL L REISNER
LORIN L REISNER
WALTER G RICCIARDI
WALTER RIEMAN
RICHARD A ROSEN
ANDREW N ROSENBERG
JACQUELINE P RUBIN
CHARLES F RICK RULE*
RAPHAEL M RUSSO
ELIZABETH M SACKSTEDER
JEFFREY D SAFERSTEIN
JEFFREY B SAMUELS
DALE M SARRO
TERRY E SCHIMEK
KENNETH M SCHNEIDER
ROBERT B SCHUMER
JOHN M SCOTT
DAVID R SICULAR
MOSES SILVERMAN
AUDRA J SOLOWAY
SCOTT M SONTAG
TARUN M STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
RICHARD C TARLOWE
MONICA K THURMOND
DANIEL J TOAL
LIZA M VELAZQUEZ
RAMY J WAHBEH
LAWRENCE G WEE
THEODORE V WELLS JR
STEVEN J WILLIAMS
LAWRENCE I WITDORCHIC
MARK B WLAZLO
JULIA MASON WOOD
JENNIFER H WU
BETTY YAP*
JORDAN E YARETT
KAYE N YOSHINO
TONG YU
TRACEY A ZACCONE
TAURIE M ZEITZER
T ROBERT ZOCHOWSKI JR

NOT ADMITTED TO THE NEW YORK BAR

October 24, 2018

**<u>Via ECF</u>**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, New York 10007

Re: *Parneros* v. *Barnes & Noble, Inc.*, 1:18-cv-07834 (JGK)

Dear Judge Koeltl:

We represent the defendant Barnes & Noble, Inc. ("Barnes & Noble") in the above-referenced matter and write on behalf of both parties to submit this report to the Court pursuant to Federal Rule of Civil Procedure 26(f) in anticipation of the parties' initial conference scheduled for November 6, 2018.

We enclose for your Honor's consideration a proposed Initial Discovery Protocol, which is modeled after the Initial Discovery Protocols for Employment Cases Alleging Adverse Action (the "Initial Discovery Protocol"). Under the proposed Initial Discovery Protocol, the parties will exchange initial discovery on November 29, 2018, except that as to documents responsive to Sections IV. B.1 and B.10 and V. B.1 and B.14 of the Initial Discovery Protocol, the parties will begin production no later than November 29, 2018, and will complete such production no later than January 14, 2019.

The parties also propose that the end of discovery be scheduled for June 14, 2019 because the parties anticipate that there will be significant non-party discovery, including discovery from entities and individuals referenced in the Complaint. Some of this non-party discovery may require letters rogatory.

In addition to the discovery deadline, the parties propose, in accordance with the enclosed proposed civil case discovery plan and scheduling order:

- No additional parties may be joined or cause of action asserted after December 6, 2018.

- No additional defenses may be asserted after December 13, 2018.

- Dispositive motions, if any, are to be completed by August 23, 2019.

- A joint pretrial order, together with any motions *in limine* or motions to bifurcate, shall be submitted by September 23, 2019.

- The parties shall be ready for a non-jury trial on or after October 23, 2019. The estimated trial time is five to seven days.

For your Honor's convenience, we enclose a proposed scheduling order including the parties' proposed dates.

In addition to the parties' proposed scheduling order and proposed Initial Discovery Protocol, we enclose a stipulation and proposed protective order to govern the pre-trial phase of this action.

Respectfully submitted,

Jay Cohen

Enclosures

cc: Anne L. Clark and Debra L. Raskin (via ECF)