UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

DEMOS PARNEROS,

              Plaintiff,

- against -

BARNES & NOBLE, INC.,

              Defendant.

18-cv-7834 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    For the reasons stated at today's hearing, the plaintiff's motion for advanced fees is **granted**. The plaintiff is entitled to advanced fees covering 50 percent of his attorneys' fees and expenses in this case, including fees related to making the application for advanced fees – or, fees on fees. Fees for lawyer time and expenses that predate the defendant's filing of its counterclaims or that relate to the plaintiff's damages, however, should not be advanced. The Clerk is directed to close docket number 41.

SO ORDERED.

Dated:    New York, New York
            May 6, 2019

                                          John G. Koeltl
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5-7-19