Case 1:18-cv-07834-JGK-GWG   Document 71   Filed 05/09/19   Page 1 of 1
Case 1:18-cv-07834-JGK-GWG   Document 72   Filed 05/10/19   Page 1 of 1

MEMO ENDORSED

VLADECK, RASKIN & CLARK, P.C.

ANNE L. CLARK
212-403-7332
ACLARK@VLADECK.COM

May 9, 2019

**BY ECF**

The Honorable Gabriel W. Gorenstein
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/19

Re: Demos Parneros v. Barnes & Noble, Inc.
No. 18-cv-07834 (JGK)(GWG)

Dear Judge Gorenstein:

We represent the plaintiff/counterclaim defendant in the above action and write on behalf of both parties to propose a briefing schedule for a matter referred by Judge Koeltl.

Pursuant to Local Civil Rule 37.2 and Judge Koeltl's Individual Rules, on April 24, 2019, plaintiff requested a conference to address two discovery issues, comparator evidence and certain documents withheld or redacted by defendant on the basis of the attorney-client privilege and/or work product doctrine. (Plaintiff's three-page letter request is ECF #62) Judge Koeltl granted the request for the conference on April 25, 2019. (ECF #63) Defendant filed its response on April 29, 2019. (ECF #64). At the conference, held on May 6, 2019, Judge Koeltl resolved the comparator issue, but said that he would refer the privilege issue to Your Honor. Judge Koeltl made the referral on May 7, 2019. (ECF #66).

The parties have conferred and respectfully propose the following schedule for briefing the remaining issue: (1) plaintiff will file his motion and supporting papers on May 17, 2019; (2) defendant will file its opposing papers on May 31, 2019; and (3) plaintiff will file his reply papers on June 7, 2019.

Respectfully submitted,
/s
Anne L. Clark

ALC/gb
cc: Counsel of record (by ECF)

*Granted. Remaining schedule shall comply with paragraph 2.B of the Court's Individual Practice.*

SO ORDERED: DATE: 5/9/19
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

1017427 v1

565 FIFTH AVENUE, 9TH FLOOR, NEW YORK, NEW YORK 10017 • (P) 212-403-7300 • (F) 212-221-3172