**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3163

WRITER'S DIRECT FACSIMILE
(212) 492-0163

WRITER'S DIRECT E-MAIL ADDRESS
jaycohen@paulweiss.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2020

September 28, 2020

**Via ECF**

The Honorable Mary Kay Vyskocil
United States District Court, Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

*Parneros* v. *Barnes & Noble, Inc.*, No. 18-cv-07834 (MKV)

Dear Judge Vyskocil:

    We represent Defendant and Counterclaim Plaintiff Barnes & Noble, Inc. ("B&N") in the above action and write jointly with Plaintiff. Pursuant to the parties' telephonic discussion earlier today with Your Honor's law clerk, we write to respectfully request a one-week extension of the pretrial submissions filing deadline, from October 15, 2020 to October 22, 2020.

    Respectfully submitted,

    /s/ Jay Cohen
    Jay Cohen

cc: Counsel of Record (by ECF)

---

**Granted. SO ORDERED.**

The Post-Discovery Conference shall take place on October 29, 2020 at 3:00 PM.

Date: Sept. 29, 2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge