UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOS PARNEROS,<br><br>   Plaintiff and<br>   Counterclaim Defendant,<br><br>   v.<br><br>BARNES & NOBLE, INC.,<br><br>   Defendant and<br>   Counterclaim Plaintiff. | No. 1:18-cv-07834 (MKV) |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CLAIMS

It is hereby stipulated and agreed between Plaintiff and Counterclaim Defendant Demos Parneros and Defendant and Counterclaim Plaintiff Barnes & Noble, Inc., by and through their respective counsel, that all claims and counterclaims asserted in the above-captioned action are hereby dismissed in full and with prejudice. The parties shall each bear their own costs and fees.

                   Dated: October 23, 2020
                   New York, New York

**VLADECK, RASKIN & CLARK, P.C.**

By: _____
Debra L. Raskin

Anne L. Clark
565 Fifth Avenue, 9th Floor
New York, NY 10017
Telephone: (212) 403-7300
Facsimile: (212) 221-3172
draskin@vladeck.com
aclark@vladeck.com

*Attorneys for Plaintiff and Counterclaim Defendant Demos Parneros*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: _____
Jay Cohen

Liza M. Velazquez
Maria H. Keane
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
jaycohen@paulweiss.com
lvelazquez@paulweiss.com
mkeane@paulweiss.com

*Attorneys for Defendant and Counterclaim Plaintiff Barnes & Noble, Inc.*

Dated: _____

SO ORDERED:

_____
U.S.D.J.