UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2020
```

DEMOS PARNEROS,

   Plaintiff and
   Counterclaim Defendant,

  v.

BARNES & NOBLE, INC.,

   Defendant and
   Counterclaim Plaintiff.

No. 1:18-cv-07834 (MKV)

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CLAIMS

  It is hereby stipulated and agreed between Plaintiff and Counterclaim Defendant Demos Parneros and Defendant and Counterclaim Plaintiff Barnes & Noble, Inc., by and through their respective counsel, that all claims and counterclaims asserted in the above-captioned action are hereby dismissed in full and with prejudice. The parties shall each bear their own costs and fees.

              Dated: October 23, 2020
              New York, New York

| | |
|---|---|
| **VLADECK, RASKIN & CLARK, P.C.** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| By: /s/ Debra L. Raskin | By: /s/ Jay Cohen |
| Anne L. Clark<br>565 Fifth Avenue, 9th Floor<br>New York, NY 10017<br>Telephone: (212) 403-7300<br>Facsimile: (212) 221-3172<br>draskin@vladeck.com<br>aclark@vladeck.com | Liza M. Velazquez<br>Maria H. Keane<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>jaycohen@paulweiss.com<br>lvelazquez@paulweiss.com<br>mkeane@paulweiss.com |
| *Attorneys for Plaintiff and Counterclaim Defendant Demos Parneros* | *Attorneys for Defendant and Counterclaim Plaintiff Barnes & Noble, Inc.* |

Dated: October 26, 2020

**SO ORDERED:**

/s/ Mary Kay Vyskocil
U.S.D.J.

2