Sections | Home | Search

U.S. |#MeToo Brought Down 201 Powerful Men. Nearly Half of Their Replacements Are Women.

- Share
- Tweet
- Email
- More
- Save

Account | Log In | 0 | Settings
Close search

## Site Search Navigation

Search NYTimes.com

[                    ] Clear this text input | Go

https://nyti.ms/2An2GRC

1.  1. 

    **A Climate Reckoning in Wildfire-Stricken California**

    2. **Why California, Oregon and Washington State Are Searching for Help to Battle Fires**

    3. **The Nursing Home Workers Who May Spread the Coronavirus**

    4. **Des Moines Schools Defy Governor's Reopening Order Amid Coronavirus**

    5. California Today

    **Protecting Your Property From Wildfires**

    6. 

    Poll Watch

    **Democrats Gained These Voters in 2018, and Biden Needs to Keep Them Now**

    7. **The Virus Is a Marathon**

Cites in Parneros v Barnes Noble Inc
(Rev)7834 Decided 9/3/20
Archived on 9/11/20
This document is protected by copyright.
Further reproduction is prohibited without permission.



**the new old age**

**Getting Wise to Fake News**



**Covid-19 News: Live Updates**



**Black Police Chiefs, Feeling Squeezed, Face Criticism on All Sides**



**Wildfire Smoke Is Dangerous. Here's How to Protect Yourself.**



**What to Watch as Biden and Trump Go to Shanksville for 9/11**



**False Rumors That Activists Set Wildfires Exasperate Officials**



**Hopes Dim for Second Stimulus as Democrats Block Narrow GOP Plan**



**White house memo**

**Why Bob Woodward Was Irresistible for a President Who Needs to 'Touch the...**



**Investigation of Medicare Chief Seema Verma Exposes Underside of Washington**

Cited in Pineros v Barnes & Noble Inc
18cv7884 Decided 9/3/20
Archived 9/11/20
This document is protected by copyright.
Further reproduction is prohibited without permission.



## F.D.A. Regulators Publish Rare Self-Defense Amid Rising Vaccine Pressure

18. 

## 2020 Census: Court Rejects Trump Order to Exclude Undocumented

19. 

**On Politics With Lisa Lerer**

## Now We Know What the President Knew

20. 

**political memo**

## Trump Engulfs Himself in Chaotic News Cycles as Election Day Nears

2. Loading...

See next articles
See previous articles

## Site Navigation

- Home Page
- World
- U.S.
- Politics
- N.Y.
- Business
- Business
- Opinion
- Opinion
- Tech
- Science
- Health
- Sports
- Sports

- Arts
- Arts
- Books
- Style
- Style
- Food
- Food
- Travel
- Magazine
- T Magazine
- Real Estate
- Obituaries
- Video
- The Upshot
- Reader Center
- Conferences

- Crossword
- Times Insider
- Newsletters
- The Learning Network

Cited in Parneros v Barnes Noble Inc
18cv7834 Decided 3/20
Archived on 9/11/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

- Multimedia
- Photography
- Podcasts

- NYT Store
- NYT Wine Club
- nytEducation
- Times Journeys
- Meal Kits

- Subscribe
- Manage Account
- Today's Paper
- Tools & Services
- Jobs
- Classifieds
- Corrections

- More

**Site Mobile Navigation**

Advertisement

U.S.

- Share

# #MeToo Brought Down 201 Powerful Men. Nearly Half of Their Replacements Are Women.

By AUDREY CARLSEN, MAYA SALAM, CLAIRE CAIN MILLER, DENISE LU, ASH NGU, JUGAL K. PATEL and ZACH WICHTERUPDATED Oct. 29, 2018

**201 lost jobs or major roles          124 replacements: 54 women and 70 men**

Cited in Partenora Barnes Noble Inc 18cv7834 Decided 11/20/2020. This document is protected under copyright. Archived on 1/11/2020. Further reproduction is prohibited without permission.

**Who Was Ousted and Who Stepped In**

▼ View all 201 cases below

They had often gotten away with it for years, and for those they harassed, it seemed as if the perpetrators would never pay any consequences. Then came the report that detailed Harvey Weinstein's sexual assaults and harassment, and his fall from Hollywood's heights.

A year later, even as the #MeToo movement meets a crackling backlash, it's possible to take some stock of how the Weinstein case has changed the corridors of power. A New York Times analysis has found that, since the publishing of the exposé (followed days later by a New Yorker investigation), at least 200 prominent men have lost their jobs after public allegations of sexual harassment. A few, including Mr. Weinstein, face criminal charges. At least 920 people came forward to say that one of these men subjected them to sexual misconduct. And nearly half of the men who have been replaced were succeeded by women.

In the year preceding the Weinstein report, by contrast, fewer than 30 high-profile people made the news for resigning or being fired after public accusations of sexual misconduct. The downfall of the Fox host Bill O'Reilly in April 2017 turned out to have been just a foreshock of the changes to come.

"We've never seen something like this before," said Joan Williams, a law professor who studies gender at the University of California, Hastings. "Women have always been seen as risky, because they might do something like have a baby. But men are now being seen as more risky hires."

[Sign up here for Gender Letter, our newsletter that helps you keep up with the world, and the women shaping it.]

Sexual harassment has hardly been erased in the workplace. Federal law still does not fully protect huge groups of women, including those who work freelance or at companies with fewer than 15 employees. New workplace policies have little effect without deeper cultural change. And as the Supreme Court confirmation battle over Brett Kavanaugh showed, Americans disagree on how people accused of sexual misconduct should be held accountable and what the standard of evidence should be.

But the analysis shows that the #MeToo movement shook, and is still shaking, power structures in society's most visible sectors. The Times gathered cases of prominent people who lost their main jobs, significant leadership positions or major contracts, and whose ousters were publicly covered in news reports.

Forty-three percent of their replacements were women. Of those, one-third are in news media, one-quarter in government, and one-fifth in entertainment and the arts. For example, Robin Wright replaced Kevin Spacey as lead actor on "House of Cards," Emily Nemens replaced Lorin Stein as editor of "The Paris Review," and Tina Smith replaced Al Franken as a senator from Minnesota.

### People Replacing Men Accused of Sexual Misconduct



Women are starting to gain power in organizations that have been jolted by harassment, with potentially far-reaching effects.

"I find it so interesting the number of people who come up to me and say, 'Thank you for stepping in when someone needed to step in,'" Ms. Smith said. "That's a lot of what women do a lot of the time, right?"

Appointing a woman does not guarantee change. Women have also harassed and covered up harassment. Some women face the glass cliff — in which women are appointed to leadership in times of organizational crisis, when the chance of failure is higher. And while the share of women who have risen to power in the wake of Mr. Weinstein's fall is significant, women are still vastly underrepresented at the top of American institutions.

Research has repeatedly shown that women tend to lead differently. In general, they create more respectful work environments, where harassment is less likely to flourish and where women feel more comfortable reporting it. Female leaders also tend to hire and promote more women; pay them more equally; and make companies more profitable. Women bring their life experiences and perspectives to

decision-making, and that can help in business because women make the vast majority of purchasing decisions. In government, women have been shown to be more collaborative and bipartisan, and promote more policies supporting women, children and social welfare.

That has been true in Congress, said Ms. Smith, a Democrat. In a highly polarized Senate, women tend to be unusually collegial across party lines, she said, and the 23 female senators meet for dinner monthly.



**Al Franken** NOV. 16, 2017

U.S. senator for Minnesota

Resigned after accusations of groping and improper advances from at least six women. He apologized but denied many of the allegations.

Interim

**Tina Smith**

▼ View all 201 cases below

"I believe you're successful and you get things done if you have relationships with people," she said. "That's the ground for accomplishing something, certainly in the legislative world."

One example: She and Senator Lisa Murkowski, Republican from Alaska, discovered that they both worked on the Trans-Alaska Pipeline in high school. The bond they built from shared experience helped them when they co-sponsored mental health legislation that was included in the opioid crisis response bill passed last month.

In news media and entertainment, many women who ascended to jobs vacated by men have changed the tone and substance of what they offer audiences — and in some cases, the fallout from #MeToo has shaped their decisions.

**Roy Price** OCT. 12, 2017

Head of Amazon Studios

Resigned after a Hollywood producer accused him of making unwanted sexual advances.

Interim

**Albert Cheng**

Permanent

**Jennifer Salke**

▼ View all 201 cases below

Jennifer Salke, who took over for Roy Price as head of Amazon Studios, has said Amazon needed more "big, addictive shows for women." She has announced deals with the actors Lena Waithe and Nicole Kidman, among others.

Since Tanzina Vega took over from John Hockenberry as host of "The Takeaway," the public radio program, she has done many

Cited in McCroskey v. Ivanka. Inc. Case No. 18-cv-07884-MKV-GWG | Document 182 | Filed 01/05/21. Archived on 9/3/2020. This document is protected by copyright. Further reproduction is prohibited without permission.

episodes about gender, including on masculinity, women's anger and the intersection of gender and race — topics that she had been covering for years but that she said were now part of the national conversation.

"I don't think that's necessarily because I'm a woman, but it's just that as a woman, as a Latina, I know when the conversation hasn't been about women, and I'm deeply sensitive to that," said Ms. Vega, who was previously a reporter at CNN and The New York Times.



John Hockenberry   DEC. 1, 2017

Host of WNYC's "The Takeaway"
After he left "The Takeaway," nine women accused Mr. Hockenberry of sexual harassment, including unwelcome sexual advances. He apologized, describing his behavior as "rude, aggressive and impolite."

Interim

Todd Zwillich

Permanent

Tanzina      Amy Walter
Vega
            Friday host

▼ View all 205 cases below

Women's personal experiences, including as mothers, can make workplaces more welcoming to other women. That's the hope of Christine Tsai, who is chief executive of the tech investment firm 500 Startups, where she replaced Dave McClure in early 2017 after an internal investigation into his behavior toward women in the tech community.

"I've erred on the side as C.E.O. of being more open about it, like if one of my kids has an appointment, so hopefully it creates an environment where people don't feel like they have to hide that they have obligations to family," she said. "Sure, a guy can be sensitive to those things, but I think it helps having that empathy of what it's like for moms."

The women who have risen, however, can only make so much change — they are still operating in a male-dominated system. More than 10 percent of the ousted men have tried to make a comeback, or voiced a desire to, and many never lost financial power.

The comedian Louis C.K. recently took the stage at the Comedy Cellar in New York, raising questions of how long is long enough for people to be banished from their field, and who gets to decide. Garrison Keillor, the radio host, has restarted "The Writer's Almanac" as a podcast and reportedly received $275,000 for a deal in which Minnesota Public Radio reposted archived episodes of his programs. Jerry Richardson, the founder and former owner of the Carolina Panthers, was fined $2.75 million by the N.F.L. after he was accused of sexual harassment — but sold the team for at least $2.2 billion, a record amount.

Citation: Adler v. Barnes & Noble Inc
Archived on 9/5/20
This document is protected by copyright.
Further reproduction or distribution is prohibited without permission.

When people accused of harassment return to power without making amends — or never lose it, at least financially — it limits the post-Weinstein movement's potential to change how power is exercised in American society.

They have not experienced the same type of trauma that survivors have, said Tarana Burke, the founder of the #MeToo movement, which she started in 2006 to support survivors of sexual harassment and violence (the hashtag went viral a year ago this month as women used it to tell their stories of harassment and violence). And very few have shown that they have taken responsibility for their actions or offered private apologies to those they harmed, she said.

"Where's the self-reflection and accountability?" she said. "Perhaps if we saw some evidence of that, then we can have a more robust conversation about the road to redemption."

In the meantime, these women say, there are more than enough qualified women ready to take their places in power.

"A bunch of us who took over these jobs got promoted because we were really good at these jobs," said Ms. Vega, the radio host. "We have the skills, we have the experience, we have the work ethic and we have the smarts to do it, and it's time for us to do this job."

## The 98 Men Who Were Replaced

Of the men who lost their jobs, 51 have been replaced by at least one woman in an interim or permanent capacity. The date for each entry indicates when news broke of accusations, or when a firing, resignation or other fallout was announced.

See also: Vacant | Not Replaced | Women | Back to Top ↑

**Harvey Weinstein**  OCT. 5, 2017

Producer and co-founder, the Weinstein Company

Accused by dozens of women of sexual misconduct ranging from harassment to abuse and rape. He has been criminally charged in Manhattan with sexually assaulting two women. The Weinstein Company later went bankrupt and was bought and rebranded as Lantern Entertainment. Mr. Weinstein, who was fired from his film production company, has said all of his encounters were consensual.

Interim

**Andy Mitchell**              **Milos Brajovic**

Co-president of              Co-president of
Lantern                     Lantern
Entertainment               Entertainment

**Lockhart Steele**  OCT. 12, 2017

Editorial director, Vox Media

Fired after being accused of sexual harassment of at least one person. Vox Media's chief executive said Mr. Steele admitted to misconduct.

Permanent

**Melissa Bell**

**Roy Price**  OCT. 12, 2017

Head of Amazon Studios

Resigned after a Hollywood producer accused him of making unwanted sexual advances.

Interim

**Albert Cheng**

↓    Permanent

**Jennifer Salke**

---

**Chris Savino**  OCT. 17, 2017

Creator of Nickelodeon's "The Loud House"
Fired after accusations of sexual harassment from multiple women. He apologized.

Permanent

↓

**Michael Rubiner**

Co-executive producer of "The Loud House"

---

**Cliff Hite**  OCT. 17, 2017

Ohio state senator
Resigned after a woman filed a sexual harassment complaint against him, citing unwanted advances. He later said that he had behaved inappropriately.

↓    Interim

**Robert McColley**

---

**Robert Scoble**  OCT. 19, 2017

Co-founder of the Transformation Group, an augmented reality company
Resigned after being accused of sexual assault or inappropriate behavior with three women. He apologized for "inappropriate" behavior.

↓    Permanent

**Irena Cronin**

---

**John Besh**  OCT. 21, 2017

Chief executive, Besh Restaurant Group
Stepped down from day-to-day operations after accusations of sexual harassment from multiple employees. He apologized.

↓    Permanent

**Shannon White**

---

**Caleb Jennings**  OCT. 24, 2017

Chicago organizer for Service Employees International Union
Fired after accusations of "sexual misconduct and abusive behavior." Found not guilty of assault in court.

↓    Permanent

**Marisa Salas**

---

**Mark Halperin**  OCT. 26, 2017

Political journalist
NBC News, Penguin Press, HBO and Showtime severed ties with Mr. Halperin after accusations of sexual harassment by former co-workers. He apologized and admitted to several years of "inappropriate" behavior.

↓    Permanent

**Alex Wagner**

Co-host of Showtime's "The Circus"

Cited in Parneros v. Barnes Noble Inc
18cv7834 Decided 9/3/20
Archived on 9/11/2020
This document is protected by copyright.
Further reproduction is prohibited without permission.

**Rick Najera** OCT. 26, 2017

Director of CBS's Diversity Showcase

Resigned after an investigation into accusations that he made inappropriate and lewd comments to performers. In a statement, he said he was "confounded by deliberate and cruel defamations."

Permanent

| **Stephen Guarino** | **Grace Parra** |

---

**Kevin Spacey** OCT. 29, 2017

Actor

Dropped from his Netflix show, "House of Cards," and was replaced in the film "All the Money in the World" after he was accused of forcing himself on a minor. He apologized. More men have come forward accusing Mr. Spacey of behaving inappropriately toward them.

Replaced in roles by

**Robin Wright**

Netflix "House of Cards" star

**Christopher Plummer**

J. Paul Getty in "All the Money in the World"

---

**Hamilton Fish** OCT. 30, 2017

Publisher and president of The New Republic

Resigned after accusations of inappropriate conduct, and said he had "a lot to learn" about the treatment of women in the workplace.

Permanent

**Rachel Rosenfelt**

Publisher and vice president of The New Republic

---

**Andy Dick** OCT. 31, 2017

Actor

Fired from two films after accusations of sexual harassment. He pleaded not guilty to a sexual battery charge in July and denied claims of groping.

Replaced in role by

**Jonathan Pessin**

Oliver in "Vampire Dad"

---

**Michael Oreskes** OCT. 31, 2017

Head of news at NPR and former New York Times editor

Resigned after accusations of sexual harassment of three women. He apologized and called his behavior "wrong and inexcusable."

Interim

**Christopher Turpin**

Permanent

**Nancy Barnes**

---

**Ira Silverstein** OCT. 31, 2017

Illinois state senator

Resigned as majority caucus chairman after sexual harassment accusations, which he denied. He lost his re-election bid in a March primary.

Permanent

**Mattie Hunter**

Majority caucus chair

Citrin Parneros v. Barnes Noble Inc  ny7834 Decided 9/3/20  Archived on 9/11/20  This document is protected by copyright.  Notice: reproduction is prohibited without permission.

**Jeff Hoover**  NOV. 1, 2017

Kentucky state representative and speaker of the House

Resigned after settling a sexual harassment claim made by a staffer but remains in office. Mr. Hoover said the alleged harassment, consisting of inappropriate text messages, was consensual.

Interim

**David Osborne**

House speaker pro tempore

---

**Kendall Fells**  NOV. 2, 2017

Organizing director of the Service Employees International Union's Fight for 15 campaign

Resigned amid a broad investigation into harassment and employee misconduct within the union.

Permanent

**Allynn Umel**

---

**Sam Adams**  NOV. 3, 2017

Director of U.S. branch of the World Resources Institute

Left his job as the director of the U.S. branch of a think tank after a former staffer said Mr. Adams sexually harassed him when he was the mayor of Portland, Ore. Mr. Adams called the accusations false and said his decision to leave the think tank was unrelated.

Permanent

**Dan Lashof**

---

**Ed Westwick**  NOV. 6, 2017

Actor

Cut from the BBC show "Ordeal by Innocence" after three women accused him of sexual assault. He denied the accusations. Prosecutors in Los Angeles declined to press charges because of lack of evidence.

Replaced in role by

**Christian Cooke**

Mickey Argyll in "Ordeal by Innocence"

---

**Don Shooter**  NOV. 7, 2017

Arizona state representative

Expelled by the Arizona House of Representatives for "dishonorable" behavior after an investigation found he sexually harassed multiple women, including fellow lawmakers. Mr. Shooter apologized and said he had done "stupid things," though he raised questions about the investigation's claims.

Interim

**Tim Dunn**

---

**Dwayne Duron Marshall**  NOV. 7, 2017

Chief of staff to U.S. Representative Brenda Lawrence

Resigned after allegations that he sexually harassed other staffers were published. He denied the allegations and said he was "vindicated" after an internal investigation found no harassment claims.

Permanent

**Ryan Hedgepeth**

---

**Benjamin Genocchio**  NOV. 8, 2017

Executive director of the Armory Show art fair

Replaced as executive director of the Armory Show, a top international art fair in New York, following accusations from several women of unwelcome touching and inappropriate sexual comments. Mr. Genocchio said he "never intentionally acted in an inappropriate manner" but apologized "to the extent my behavior was perceived as disrespectful."

Permanent

American Patchworks v Barnes Noble Inc
18cv7834 Decided 9/3/20
Archived on 6/11/20
Further reproduction is prohibited without permission.
This document is protected by copyright.

**Nicole Berry**

---

**Dan Schoen** <u>NOV. 8, 2017</u>

Minnesota state senator

Resigned after allegations of sexual harassment from multiple women. He denied some allegations while claiming that others were "taken far out of context."

Permanent

**Karla Bigham**

---

**Louis C.K.** <u>NOV. 9, 2017</u>

Comedian and producer

Lost his production deal with FX after he admitted to multiple instances of sexual misconduct, including masturbating in front of several women. Distribution for a film he wrote and starred in was canceled, and he lost a voice role in "The Secret Life of Pets" franchise. He recently began performing again, unannounced, at comedy clubs in the New York area.

Replaced in role by

**Patton Oswalt**

Max in "The Secret Life of Pets 2"

---

**Tony Cornish** <u>NOV. 9, 2017</u>

Minnesota state representative

Resigned after accusations that he propositioned lawmakers and lobbyists for sex. He apologized.

Interim

**Jeremy Munson**

---

**Tony Mendoza** <u>NOV. 9, 2017</u>

California state senator

Resigned after accusations that he made improper advances toward several women. He denied the accusations. A State Senate investigation found that he "more likely than not" made unwanted advances.

Interim

**Vanessa Delgado**

---

**Andrew Kreisberg** <u>NOV. 10, 2017</u>

Executive producer of superhero dramas "Arrow," "Supergirl," and "The Flash"

Fired after accusations of sexual harassment and inappropriate physical contact. He denied the allegations.

Permanent

**Greg Berlanti**

Took on additional responsibilities as an executive producer of "The Flash" and "Supergirl"

---

**Eddie Berganza** <u>NOV. 10, 2017</u>

Editor at DC Comics

Fired following accusations that he "forcibly kissed and tried to grope colleagues."

Permanent

| **Brian Cunningham** | **Marie Javins** |
| --- | --- |
| Group Editor of Superman titles | Group Editor of Justice League titles |

---

**Gary Goddard** <u>NOV. 10, 2017</u>

Cited: Parneros v Barnes Noble Inc 18cv7834 Decided 9/3/20 Archived on 9/11/20 This document is protected by copyright. Further reproduction is prohibited without permission.

After Weinstein: 71 Men Accused of Sexual Misconduct and Their Fall From Power — The New York Times

Founder of the Goddard Group

Stepped away from his company after accusations that he molested eight former child actors. He denied the accusations. The company was renamed "Legacy | GGE."

Permanent

**Taylor Jeffs**

---

**Brian Linder** NOV. 10, 2017

Kentucky state representative

Replaced as chairman of a pension committee, after a report that he was one of four state legislators who signed a sexual harassment settlement with a staff member. He apologized for unspecified "mistakes."

Permanent

**Jerry Miller**

Chairman of the Public Pension Oversight Board

---

**Jim DeCesare** NOV. 10, 2017

Kentucky state representative

Replaced as chairman of an economic development committee, after a report that he was one of four state legislators who signed a sexual harassment settlement with a staff member. He said he has "done nothing to be ashamed of."

Interim

**Phillip Pratt**

Chairman of the Economic Development and Workforce Investment Committee

---

**Michael Meredith** NOV. 10, 2017

Kentucky state representative

Replaced as chairman of a local government committee, after a report that he was one of four state legislators who signed a sexual harassment settlement with a staff member.

Permanent

**Rob Rothenburger**

Chairman of the House Local Government Committee

---

**Steve Lebsock** NOV. 10, 2017

Colorado state representative

Expelled by the Colorado House of Representatives after accusations of sexual harassment, including discussing sexual acts, by at least five women. He denied the accusations.

Interim

**Alexander Winkler**

---

**Jeff Kruse** NOV. 15, 2017

Oregon state senator

Resigned after an independent investigation found that he had sexually harassed and inappropriately touched multiple women. He denied the accusations.

Interim

**Dallas Heard**

---

**Paul Rosenthal** NOV. 15, 2017

Colorado state representative

Lost committee vice-chairmanship and re-election after accusations of groping. The complaints were dismissed by the Colorado General Assembly. Mr. Rosenthal said he was "innocent of any wrongdoing."

Permanent

**Tony Exum Sr.**

Vice Chair of the House Local Government Committee

Creedon Partners v Barnes Fable Inc
18cv7834 decided 9/3/20
Archived on 11/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

**Wes Goodman** NOV. 15, 2017

Ohio state representative

Resigned after acknowledging he engaged in "inappropriate behavior" inside his office. Then further accusations emerged that Mr. Goodman had for years made unwanted sexual advances toward younger men when he worked in Washington and had once groped a college student.

Interim

**Riordan McClain**

---

**Al Franken** NOV. 16, 2017

U.S. senator for Minnesota

Resigned after accusations of groping and improper advances from at least six women. He apologized but denied many of the allegations.

Interim

**Tina Smith**

---

**David Sweeney** NOV. 16, 2017

Chief news editor at NPR

Left after accusations of sexual harassment from three female colleagues.

Permanent

**Edith Chapin**

---

**Randy Baumgardner** NOV. 16, 2017

Colorado state senator

Stepped down as chair of the transportation committee after being accused of sexually harassing a former legislative aide. An independent investigation found the claim credible. Mr. Baumgardner denied the accusations. The State Senate voted against expelling him.

Permanent

**John Cooke**

Chair of the Senate Transportation Committee

---

**Stephen Bittel** NOV. 16, 2017

Chairman, Florida Democratic Party

Resigned after six women accused him of sexually inappropriate comments and behavior.

Permanent

**Terrie Rizzo**

---

**Charlie Rose** NOV. 20, 2017

Television host

Fired by CBS and PBS after accusations of crude sexual advances by several women. He said he acted insensitively but that many of the allegations were inaccurate.

Permanent

**Christiane Amanpour**

Host, "Amanpour & Company"

---

**Glenn Thrush** NOV. 20, 2017

White House reporter at The New York Times

Suspended and then reassigned to a new beat after sexual harassment accusations made by four female journalists.

Permanent

Cited in Romero v Barnes Noble Inc
18-cv-07834 Decided 9/11/20
Archived 9/11/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

Katie Rogers

---

**Raul Bocanegra**  NOV. 20, 2017

California state assemblyman

Resigned after being accused of sexual harassment, including groping, of at least six women. He said he was "not guilty of any such crimes," though he was "not perfect."

Interim

**Luz Rivas**

---

**John Lasseter**  NOV. 21, 2017

Chief creative officer of Pixar and Walt Disney Animation

Stepped away after accusations of unwanted workplace hugging and other inappropriate touching. He apologized. He has a consulting role until the end of the year.

Permanent

**Jennifer Lee**                         **Pete Docter**

Chief creative                         Chief creative
officer, Walt                          officer, Pixar
Disney Animation                       Animation
Studios                                Studios

---

**Matt Lauer**  NOV. 27, 2017

Television news anchor

Fired from NBC after being accused of inappropriate sexual behavior toward a fellow staffer; others also said they were subject to unwanted advances. He apologized but said some of the accusations were untrue.

Replaced in role by

**Katie Couric**

Co-host for Winter Olympics

Permanent

**Hoda Kotb**

Co-anchor, NBC's "Today" show

---

**Johnny Iuzzini**  NOV. 29, 2017

Chef and judge on ABC's "The Great American Baking Show"

Fired after accusations of sexual harassment, including unwanted touching, of at least six former employees who were female. He denied some allegations, and said none of his behavior was "meant to hurt people."

Permanent

**Sherry Yard**

Judge on ABC's "The Great American Baking Show"

---

**Blake Farenthold**  DEC. 1, 2017

U.S. representative for Texas

Dropped his re-election bid and later resigned amid harassment accusations and a report that he used taxpayer money to settle a sexual harassment claim brought by a former employee. He apologized for creating an "unprofessional" workplace culture.

Interim

**Michael Cloud**

---

**Josh Zepnick**  DEC. 1, 2017

Wisconsin state representative

Refused to resign after two women said he kissed them against their will. He was eventually removed from legislative committee assignments.

Cited in Parreros v. Times
18cv7834 Decided 3/3/20
Archived on 9/11/2020
This document is protected by copyright.
Further reproduction is prohibited without permission.

Permanent

**Gary Hebl**

Member of the Committee on Federalism and Interstate Relations

---

**Dean Westlake** DEC. 3, 2017

Alaska state representative

Resigned after being accused of sexual harassment, including groping, by seven current and former aides. He apologized.

Interim

**John Lincoln**

---

**James Levine** DEC. 3, 2017

Conductor at the Metropolitan Opera

Fired in March by the Metropolitan Opera, which said that an investigation had "uncovered credible evidence" that he had engaged in sexually abusive and harassing conduct. He is now suing the Met for breach of contract and defamation.

Permanent

**Yannick Nézet-Séguin**

---

**Matt Dababneh** DEC. 4, 2017

California state assemblyman

Resigned after being accused of sexual harassment by two women, including masturbating in front of one of them. He denied the accusations.

Interim

**Jesse Gabriel**

---

**Peter Martins** DEC. 4, 2017

Ballet master in chief, New York City Ballet

Retired after accusations of sexual harassment and physical and verbal abuse by multiple dancers. He denied the allegations and a company investigation did not corroborate the claims.

Interim

| **Rebecca Krohn** | **Craig Hall** | **Jonathan Stafford** | **Justin Peck** |

---

**Sam Isaly** DEC. 5, 2017

Managing partner of OrbiMed Advisors

Retired after multiple former employees accused him of sexual harassment, including playing pornography in the workplace. He denied the accusations.

Permanent

| **Sven Borho** | **Carl Gordon** | **Jonathan Silverstein** |

---

**Lorin Stein** DEC. 6, 2017

Editor of The Paris Review

Resigned amid an internal investigation into his conduct with multiple female employees and writers. He also resigned from his at-large editorship at the publishing house Farrar, Straus & Giroux. Mr. Stein apologized and said that he had "blurred the personal and the professional."

Interim

**Nicole Rudick**

Permanent

Cited in Parneros v. Barnes Noble Inc
18cv7834 Decided 3/3/20
This document is archived on 9/11/20
Further reproduction is protected by copyright.
prohibited without permission.

**Emily Nemens**

---

**Matt Manweller**  DEC. 6, 2017

Washington State representative

Stripped of ranking committee membership and fired from his Central Washington University professorship after accusations of sexual harassment, which he denied. He is on the general election ballot for November but said he planned to resign if re-elected.

Permanent

**Gina Mosbrucker**

Ranking minority member of House Labor and Workplace Standards Committee

**Joyce McDonald**

Assistant minority floor leader

---

**Leonard Lopate**  DEC. 6, 2017

Host on New York Public Radio

After complaints of sexual harassment, the company said he was fired for violating standards "for providing an inclusive, appropriate, and respectful work environment." Mr. Lopate said he had "never done anything inappropriate on any level." He now hosts a show on the New York FM station WBAI, which is carried as a podcast by the NPR affiliate Robin Hood Radio.

Permanent

**Alison Stewart**

Host, "All Of It"

---

**Joe Alexander**  DEC. 7, 2017

Chief creative officer, the Martin Agency

Left the company shortly before it announced an accusation of sexual harassment against him. A week later, he was accused of sexual harassment, including unwanted advances, by several employees. He denied the allegations.

Permanent

**Karen Costello**

---

**Bryan Singer**  DEC. 7, 2017

Director and producer

Lost his executive producer credit for the TV series "Legion" after a lawsuit alleged that he sexually assaulted a 17-year-old boy in 2003. A representative for Mr. Singer said he categorically denied the allegations. Days before the lawsuit was filed, he was fired as director of the movie "Bohemian Rhapsody." He will retain a director's credit for the movie.

Replaced in role by

**Dexter Fletcher**

Director, "Bohemian Rhapsody"

---

**Trent Franks**  DEC. 7, 2017

U.S. representative for Arizona

Resigned amid an ethics investigation over accusations that he asked two female staff members to bear his child as surrogates. He said he regretted that the conversations had "caused distress."

Interim

**Debbie Lesko**

---

**John Moore**  DEC. 11, 2017

Mississippi state representative

Cited in 1ocv07834 v Barnes Noble Inc
Archived on 9/11/20
Decided 9/3/20
This document is protected by copyright.
reproduction is prohibited without permission.

Resigned citing health reasons. Days later, it emerged that multiple women had accused him of sexual harassment and that the Legislature was preparing an investigation into the accusations at the time of his resignation. Mr. Moore said, "I don't know who would make a complaint, much less multiple."

Interim

**Fred Shanks**

---

**Tom Ashbrook** DEC. 11, 2017

Host of WBUR's "On Point"

Dismissed after complaints of bullying and sexual misconduct, including unwanted touching, by current and former station employees. An investigation found Mr. Ashbrook's conduct "was not sexual in nature." He apologized for behavior that was "offensive and overbearing to some."

Permanent

**David Folkenflik**          **Meghna Chakrabarti**

---

**Eric Weinberger** DEC. 12, 2017

President of the Bill Simmons Media Group

Suspended, and later left the company, after a former NFL Network wardrobe stylist said in a lawsuit that Mr. Weinberger had sent her lewd messages. The lawsuit was settled in September.

Permanent

**Geoff Chow**

---

**Maxwell Ogden** DEC. 13, 2017

Executive director of Code for Science & Society

Resigned after a former girlfriend accused him of sexual abuse. He apologized and said he would seek help.

Permanent

**Mathias Buus**

Technical adviser at Code for Science & Society

**Danielle Robinson**

Co-executive director at Code for Science & Society

**Joe Hand**

Co-executive director at Code for Science & Society

---

**Jerry Richardson** DEC. 15, 2017

Owner of the Carolina Panthers NFL team

Fined $2.75 million by the NFL after an investigation into sexually harassment of female employees. Mr. Richardson later sold the team for a record $2.2 billion. He did not comment on the allegations.

Interim

**Tina Becker**

Chief operating officer

Permanent

**David A. Tepper**

Owner

---

**Stephen Henderson** DEC. 15, 2017

Editorial page editor, the Detroit Free Press

Fired after an investigation found inappropriate behavior with two female colleagues. Mr. Henderson acknowledged sexually themed conversations and unwanted advances, but said he disagreed with the decision. He reached an undisclosed settlement with the newspaper and its parent company in July.

Permanent

**Brian Dickerson**

---

**T.J. Miller** DEC. 19, 2017

Printed in Parnero - Barnes Noble Inc
18cv 7834 Deaf erced 9/3/20
This document is archived on 9/1/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

Actor

A show he was working on for Comedy Central was canceled and he was dropped as the spokesman for Mucinex after a woman accused him of hitting and sexually assaulting her while in college. Mr. Miller denied the accusations.

Replaced in role by

**Jason Mantzoukas**

Spokesman for Mucinex

---

**Don Hazen** DEC. 21, 2017

Executive editor, AlterNet

Resigned after being accused of sexually harassing five female employees. He denied most of the accusations, though later said he "lost track of some boundaries."

Permanent

**Roxanne Cooper**

---

**Charlie Hallowell** DEC. 27, 2017

Chef and owner of three Oakland, Calif., restaurants

Sold two restaurants after 17 former employees accused him of sexual harassment, including unwanted advances and sexual comments. He apologized.

Permanent

| **Jen Cramer** | **Richard Clark** | **Rico Rivera** |
| Co-owner of Boot and Shoe Service, a restaurant | Co-owner of Boot and Shoe Service, a restaurant | Owner of Penrose, a restaurant |

---

**H. Brandt Ayers** JAN. 1, 2018

Chairman, Consolidated Publishing

Resigned after a former reporter said Mr. Ayers sexually assaulted her by spanking her. He admitted to once spanking a different reporter.

Permanent

**Josephine Ayers**

---

**Kevin Braun** JAN. 5, 2018

Editor in chief of E&E News

Left management role after accusations of sexual harassment of staff members. He apologized. He is still a co-owner of the company.

Permanent

**Cyril Zaneski**

---

**Paul Haggis** JAN. 5, 2018

Screenwriter and director, and founder of the charity Artists for Peace and Justice

Resigned from his charity after accusations of rape and sexual assault. He denied the accusations.

Permanent

| **Ben Stiller** | **Susan Sarandon** |
| Co-chairman of the board of Artists for Peace and Justice | Co-chairwoman of the board of Artists for Peace and Justice |

---

**Eric Greitens** JAN. 10, 2018

Missouri governor

Cited in Eidos v Barnes Noble Inc
18cv07834-MKV-GWG
Decided 9/3/20
Archived on 9/11/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

Resigned after he was accused of taking an explicit photo of a woman without her consent and threatening to blackmail her. He said he had an extramarital affair but denied breaking any laws. Mr. Greitens was indicted on a charge of invasion of privacy, but it was dropped.

Permanent

**Michael L. Parson**

---

**William G. Jacoby** JAN. 11, 2018

Editor of the American Journal of Political Science

Resigned after accusations of sexual harassment from a former student. He denied the accusations.

Interim

**Jan Leighley**

---

**Rob Moore** JAN. 22, 2018

Managing editor, The New York Daily News

Fired after accusations of sexual harassment, including sexual comments.

Permanent

**Kristen Lee**

She left in August.

---

**Zach Fansler** JAN. 25, 2018

Alaska state representative

Resigned after a woman said that he slapped her face when she denied his sexual advances. He denied the accusation.

Interim

**Tiffany Zulkosky**

---

**Steve Wynn** JAN. 26, 2018

Chief executive, Wynn Resorts

Resigned after accusations that he harassed female employees for decades and coerced them into having sex. He denied the accusations.

Permanent

**Matt Maddox**

---

**John Copley** JAN. 29, 2018

Stage director, Metropolitan Opera

Fired after he was accused of making a sexually charged remark to a member of the chorus.

Replaced in role by

**Roy Rallo**

Stage director for "Semiramide"

---

**Wayne Pacelle** JAN. 29, 2018

Chief executive of the Humane Society

Resigned after three women accused him of sexual harassment, including forcible kissing and unwanted advances. He denied the accusations.

Interim

**Kitty Block**

Acting president and chief executive

---

**Paul Shapiro** JAN. 30, 2018

Cited in Parneros v Barnes Noble Inc
18cv7834 Decided 9/3/20
Archived on 9/11/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

Vice president at the Humane Society

Was reassigned in 2016 after six women complained that he sexually harassed them, including by making lewd jokes and asking for sex. Mr. Shapiro resigned this year shortly before Politico made the allegations public. He denied the accusations and said his resignation was unrelated.

Permanent

**Josh Balk**

---

**Paul Marciano**  JAN. 31, 2018

Executive chairman of Guess, Inc.

Resigned after several women accused him of sexual harassment and assault. A company investigation found he "exercised poor judgment," and his brother replaced him. Mr. Marciano denied the accusations.

Permanent

**Maurice Marciano**

---

**Joseph M. Souki**  FEB. 1, 2018

Hawaii state representative

Resigned after multiple women accused him of unwanted sexual advances. He acknowledged "inappropriate" touching and kissing.

Interim

**Troy Hashimoto**

---

**Javier Palomarez**  FEB. 12, 2018

Chief executive of the U.S. Hispanic Chamber of Commerce

Stepped down amid accusations of financial impropriety and after a former staffer accused him of sexual harassment. He denied the accusations.

Interim

**Fernand Fernandez**

---

**Karl Templer**  FEB. 16, 2018

Stylist and creative director of Interview Magazine

Left the magazine after three women accused him of unwanted touching of their breasts and crotches. He denied the accusations.

Permanent

**Mel Ottenberg**

---

**Lawrence M. Krauss**  FEB. 22, 2018

Professor at Arizona State University and director of the Origins Project

Replaced as director after a university investigation found that he had grabbed a woman's breast at a conference. He denied the accusation.

Permanent

**Lindy Elkins-Tanton**

---

**Jorge I. Dominguez**  FEB. 27, 2018

Professor at Harvard University and chair of the Harvard Academy

Resigned after 18 women accused him of sexual harassment and assault, including unwanted touching, spanning decades. "I do not go around making sexual advances," he said.

Interim

**Timothy J. Colton**

Chair of the Harvard Academy

Cited in Parnell v. Barnes Noble Inc
18cv7834 Document Dated 9/3/20
Archived on 9/1/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

**Melani Cammett**

Chair of the Harvard Academy

---

**Jeff Franklin** FEB. 28, 2018

Showrunner, "Fuller House"

Removed after accusations that he was verbally abusive and made sexually charged comments in the writers' room and on set.

Permanent

**Bryan Behar**     **Steve Baldikoski**

---

**Tony Tooke** MARCH 1, 2018

Chief of the United States Forest Service

Resigned after a United States Department of Agriculture investigation into sexual misconduct. "I expect to be held to the same standards as every other Forest Service employee," he said.

Permanent

**Vicki Christiansen**

---

**Angel Arce** MARCH 8, 2018

Connecticut state representative

Resigned amid accusations that he sent inappropriate messages to a teenage girl. Mr. Arce's lawyer said his client did nothing improper.

Interim

**Julio Concepcion**

---

**Richard Meier** MARCH 13, 2018

Architect

Took a leave from his firm and then stepped down after several former employees said he had exposed himself to them or touched them inappropriately. At first he said, "while our recollections may differ, I sincerely apologize to anyone who was offended," and then later said that he didn't recognize the women and that "people can say whatever they want."

Permanent

**Bernhard Karpf**

Managing principal

---

**Michael W. Ferro Jr.** MARCH 19, 2018

Chairman of the newspaper publisher Tronc

Stepped down hours before Fortune magazine published an article in which two women accused him of making inappropriate sexual advances. A spokesman for Mr. Ferro said that the accusations "appear to involve private conduct."

Permanent

**Justin Dearborn**

---

**Bill Hybels** MARCH 22, 2018

Lead pastor of Willow Creek church

Retired after a group of former pastors and staff members accused him of sexual misconduct — accusations he initially called "flat-out lies." He later apologized for "making people feel uncomfortable."

Permanent

**Heather Larson**     **Steve Carter**     **Steve Gillen**

She left in August.     He left in August.     He started in August as interim lead pastor.

Cited in Parneros v. Barnes Noble Inc
18cv7834 Decided 9/3/20
This document archived on 9/11/20
Protected by copyright.
Further reproduction prohibited without permission.

**Eric T. Schneiderman**  MAY 7, 2018

Attorney general of New York

Resigned hours after news reports that he assaulted four women. He denied the accusation.

Interim

**Barbara D. Underwood**

---

**Howard Kwait**  MAY 11, 2018

Principal of John Bowne High School in Queens

Was reassigned after lawsuit settlements to four women who accused him of inappropriate touching, discrimination and making lewd comments.

Permanent

**Laura Izzo Iannelli**

---

**Demos Parneros**  JULY 3, 2018

Chief executive of Barnes & Noble

Was fired without public explanation. It was later revealed that the termination was in part because of accusations of sexual harassment by an executive assistant. He played down the interactions as "innocuous."

Interim

**Leonard Riggio**

Executive chairman overseeing a team that shares the duties of the office of the chief executive.

---

**Bernard Uzan**  JULY 26, 2018

Co-director of Florida Grand Opera's Young Artists program and co-founder of Uzan International Artists

Resigned from the opera after two female singers accused him of sexual misconduct and named his daughter to take over his agency. He has denied the accusations.

Permanent

**Vanessa Uzan**

Managing Director of Uzan International Artists

---

**Corey J. Coleman**  JULY 30, 2018

Head of human resources for FEMA

Resigned amid an internal investigation that found "deeply disturbing" sexual misconduct that spanned years, according to FEMA leadership. He denied the claims, and his lawyers said that investigators relied on "rumor and innuendo."

Interim

**Bridget Bean**

Acting head of human resources

---

**Nick Sauer**  AUG. 1, 2018

Illinois state representative

Resigned after a former girlfriend complained that he had been releasing nude photos of her on Instagram. He said his ability to work in his role would "be affected by the distraction of addressing these allegations."

Interim

**Helene Miller Walsh**

---

**Leslie Moonves**  SEPT. 9, 2018

President, chairman and chief executive of CBS Corporation

Left CBS after a dozen women accused him of sexual misconduct and retaliating against those who rejected his advances. Mr. Moonves said he "may have made some women uncomfortable" but denied misusing his position "to harm or hinder anyone's career."

Cited in Harris v Barnes Noble Inc
18cv7834 Decided 9/3/20
Archived in 9/11/20
Further reproduction is prohibited without permission.
This document is protected by copyright.

interim

**Joseph Ianniello**

President and acting chief executive officer

# The Seven Men Whose Positions Are Vacant

Several politicians left their seats
vacant, but elections will fill them soon.

See also: <u>Replaced</u> | <u>Not Replaced</u> | <u>Women</u> | <u>Back to Top ↑</u>

**Jack Latvala** <u>NOV. 3, 2017</u>

Florida state senator

Resigned after investigation into accusations of groping and sexually harassing multiple women. He denied the accusations.

**John Conyers Jr.** <u>NOV. 20, 2017</u>

U.S. representative for Michigan

Resigned after accusations of repeated sexual advances toward female staff members. He denied the accusations.

**Patrick Meehan** <u>JAN. 20, 2018</u>

U.S. representative for Pennsylvania

Resigned after a report that he used taxpayer money to settle a sexual harassment complaint by a former aide. He denied wrongdoing.

**Nicholas Kettle** <u>FEB. 19, 2018</u>

Rhode Island state senator

Resigned after being charged with enticing sex from a student page. He denied the accusations and pleaded not guilty in February.

**David Sawyer** <u>FEB. 23, 2018</u>

Washington State representative

Resigned as commerce committee chairman after an outside investigation found that he made unwanted romantic advances toward a co-worker, for which he apologized. He lost his primary in August.

**Duane Hall** <u>FEB. 28, 2018</u>

North Carolina state representative

Lost his primary after multiple people accused him of sexual innuendo and unwanted sexual advances. He denied the accusations.

Cited in Rios v Barnes Noble
18cv7048 Decided 9/3/20
Archived 9/11/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

**Dillon Bates** AUG. 3, 2018

Maine state representative

Denied accusations of sexual misconduct and stated his intent to serve out his term. Eventually resigned.

# The 96 Men Who Have Not Been Replaced

Most lost their jobs or standing and have
no clear successors, or their replacements
have yet to be named or are unknown.

See also: Replaced | Vacant | Women | Back to Top ↑

**Andy Signore** OCT. 5, 2017

Senior vice president, Defy Media

Fired after being accused of sexually assaulting one woman and harassing several others. Through a lawyer, he denied all accusations.

**Roman Polanski** OCT. 13, 2017

Director

Expelled from the Academy of Motion Picture Arts and Sciences after a woman who said Mr. Polanski sexually assaulted her when she was 10 years old started a petition to remove him. The Los Angeles police opened an investigation into the accusation, which Polanski denied. Polanski previously pleaded guilty to sex with a minor in 1977 and fled the country before sentencing. Over the years, he was accused by six women of sexual abuse, most when they were minors. He has continued to make films in Europe.

**Matt Mondanile** OCT. 16, 2017

Founder of Ducktails and former guitarist for the band Real Estate

Plancha, a Japanese label, dropped Ducktails. A tour was canceled after accusations of "touching, kissing, and groping" women without their consent. Mr. Mondanile apologized.

**Scott Courtney** OCT. 19, 2017

Executive vice president, Service Employees International Union

Resigned amid an investigation into accusations of sexual misconduct among leaders of a union campaign. Several people had complained that Mr. Courtney had a history of sexual relationships with young female staff members, who were later promoted.

**Tyler Grasham** OCT. 20, 2017

Agent at Agency for the Performing Arts

Fired after accusations that he sexually assaulted and harassed multiple young men in the industry, prompting one of his top clients to leave the firm.

**James Toback** OCT. 22, 2017

Director and screenwriter

Dropped by his longtime agent after 38 women accused him of sexual harassment. Mr. Toback has denied the accusations.

**Terry Richardson** OCT. 23, 2017

Fashion photographer

Banned from working with Condé Nast after accusations of sexual harassment of models. A spokeswoman said his interactions were consensual.

**Leon Wieseltier** OCT. 24, 2017

Editor at The New Republic

New magazine was canceled after he was accused of sexual harassment and inappropriate advances by several women. He apologized.

Cited in Medeiros v Battle Able Inc
18cv07834-MKV-GWG
Decided on 9/11/20
Archived on 9/11/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

**Steve Jurvetson** OCT. 24, 2017

Co-founder of Draper Fisher Jurvetson, a venture capital firm

Resigned after being accused of sexual misconduct. He has denied the allegations and started his own venture firm.

---

**Knight Landesman** OCT. 25, 2017

A publisher of Artforum

Resigned as a publisher of Artforum magazine in October 2017 after nine women accused him in a lawsuit of various forms of sexual harassment. He denied the accusations.

---

**Ken Baker** OCT. 26, 2017

Journalist for the E! network

Left after two women accused him of sexual harassment.

---

**Kirt Webster** OCT. 27, 2017

Music publicist

Numerous clients cut ties after accusations of sexual assault or harassment of multiple people.

---

**Jeremy Piven** OCT. 30, 2017

Actor

His show "Wisdom of the Crowd" was canceled after several women accused him of sexual misconduct. He said the cancellation decision "was a terrible mistake" and has denied accusations.

---

**Paul J. Whalen** OCT. 31, 2017

Professor at Dartmouth College

Resigned after an investigation into alleged sexual misconduct recommended that he be fired.

---

**Todd F. Heatherton** OCT. 31, 2017

Professor at Dartmouth College

Retired after an investigation into alleged sexual misconduct recommended that he be fired. He acknowledged that he "acted unprofessionally in public at conferences while intoxicated" and apologized.

---

**William M. Kelley** OCT. 31, 2017

Professor at Dartmouth College

Resigned after an investigation into alleged sexual misconduct recommended that he be fired.

---

**Brett Ratner** NOV. 1, 2017

Producer and director

Lost a production and financing deal with Warner Bros. after he was accused of sexual assault or harassment by six women. A lawyer for Mr. Ratner denied the accusations.

---

**Danny Masterson** NOV. 2, 2017

Actor

Fired from and written out of a Netflix show, "The Ranch," after accusations surfaced that he raped four women in the early 2000s. A fifth woman later came forward to accuse Mr. Masterson of rape. He denied the accusations.

---

**David Guillod** NOV. 2, 2017

Co-chief executive of Primary Wave Entertainment agency

Resigned after accusations of sexual assault from four women. The Santa Barbara County sheriff's department opened an investigation in December. Mr. Guillod's attorney denied any criminal conduct.

---

**Adam Venit** NOV. 3, 2017

Head of the motion picture group at William Morris Endeavor agency

Greenberg Farrow v Barnes Noble Inc
75376b2a Decided 9/3/20
Archived on 9/11/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

After Weinstein: 71 Men Accused of Sexual Misconduct and Their Fall From Power - The New York Times

Stepped down as head of the motion picture group and later retired after acknowledging that he groped the actor Terry Crews. Mr. Venit apologized in a letter to Mr. Crews.

**Michael Hafford** NOV. 3, 2017

Freelance writer

Banned from contributing to Vice websites after multiple women reported that he abused or raped them. He had previously written a "Male Feminist" column for the website Broadly. He did not comment on the accusations.

**Jeffrey Tambor** NOV. 8, 2017

Actor

Fired from the Amazon show "Transparent" after a fellow cast member and a former assistant accused him of sexual harassment on set. He denied any deliberate harassment.

**Jesse Lacey** NOV. 9, 2017

Lead vocals and guitar for the band Brand New

Canceled a tour for his band after sexual misconduct accusations from a woman who said he had exploited her when she was a minor. In a general apology for his behavior, Mr. Lacey said that he had not "afforded women the respect, support or honesty that they deserved."

**Mark Schwahn** NOV. 11, 2017

Showrunner of "One Tree Hill" and "The Royals"

Fired from "The Royals" after multiple women accused him of sexual harassment. He did not publicly responded to the accusations.

**Tom Sizemore** NOV. 13, 2017

Actor

Dropped as male lead from a horror film, "The Door," after a report that he groped an 11-year-old actress on a movie set in 2003. He denied the accusation and was sued by the actress this year.

**Andy Henry** NOV. 13, 2017

Casting director, Nancy Nayor Casting

Fired after it came to light that he had been dismissed from his role as a casting employee on "C.S.I." in 2008 after several women said that he had urged them to disrobe during auditions. He apologized. After his departure from Nancy Nayor Casting, a new team was assembled there.

**Jason Mojica** NOV. 15, 2017

Head of documentary films at Vice Media

Fired after accusations of sexual harassment. Mr. Mojica said that he was "deeply disappointed by this outcome."

**Cameron Mitchell** NOV. 17, 2017

Talent agent at Creative Arts Agency

Fired after a lawsuit accused him of sexual assault. Mr. Mitchell has said the accuser was "fabricating her story."

**Russell Simmons** NOV. 19, 2017

Co-founder of Def Jam Recordings and other businesses

Stepped down from his companies amid accusations of sexual assault and rape from multiple women. He denied the accusations.

**Garrison Keillor** NOV. 29, 2017

Creator and former host of "A Prairie Home Companion"

Minnesota Public Radio severed ties with him after accusations of inappropriate behavior, later described as "sexually inappropriate incidents." In April, it returned archived episodes of his programs, "A Prairie Home Companion" and "The Writer's Almanac," to its websites. Mr. Keillor recently restarted "The Writer's Almanac" as a podcast. He denied doing anything wrong.

Cricut, Inc. v Barnes Noble Inc
Case 1:18-cv-07834
Archived on 9/3/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

**Israel Horovitz** NOV. 30, 2017

Playwright and founding artistic director of the Gloucester Stage theater

Fired after accusations of groping, forcibly kissing and rape. Mr. Horovitz said he recalled events differently but apologized.

**Justin Huff** NOV. 30, 2017

Broadway casting director at Telsey & Company

Fired after accusations of sexual misconduct toward actors.

**Shervin Pishevar** NOV. 30, 2017

Co-founder of Sherpa Capital, a venture capital firm

Resigned after five women accused him of sexual harassment, including unwanted touching. He said the accusations were "untruthful attacks."

**Ruben Kihuen** DEC. 1, 2017

U.S. representative for Nevada

Decided to not seek re-election after being accused of unwanted sexual propositions. He denied the accusations.

**Jonathan Schwartz** DEC. 6, 2017

Host on WNYC, a station owned by New York Public Radio

After complaints of sexual harassment, the company said he was fired for violating standards "for providing an inclusive, appropriate, and respectful work environment." Mr. Schwartz denied that he had behaved inappropriately. He now hosts a show on a website, The Jonathan Station.

**Alex Kozinski** DEC. 8, 2017

Judge on the U.S. Court of Appeals for the Ninth Circuit

Retired after six female subordinates accused him of sexual misconduct or inappropriate comments. He said it was never his intent to make his staff members uncomfortable.

**Donovan McNabb** DEC. 11, 2017

Radio host on ESPN and former N.F.L. player

Fired by ESPN after a former NFL Network wardrobe stylist said in a lawsuit that he sent her explicit messages. The lawsuit was settled in September.

**Eric Davis** DEC. 11, 2017

Radio host on ESPN and former N.F.L. player

Fired by ESPN after a former NFL Network wardrobe stylist said in a lawsuit that he groped her and made lewd comments. The lawsuit was settled in September.

**Mario Batali** DEC. 11, 2017

Chef, restaurant owner and co-host of ABC show, "The Chew"

Fired by ABC and was expected to divest from his restaurants after accusations of sexual harassment, including inappropriate touching, by several employees. Two women also accused him of sexual assault. Mr. Batali has apologized for some behavior, but denied accusations of nonconsensual sex.

**Marshall Faulk** DEC. 11, 2017

Analyst for NFL Network

Suspended, and will not be returning, after a former NFL Network wardrobe stylist said in a lawsuit that Faulk fondled her and pulled out his genitals while demanding oral sex. The lawsuit was settled in September.

**Ryan Lizza** DEC. 11, 2017

Writer for The New Yorker and political analyst for CNN

Fired by The New Yorker and suspended by CNN over an accusation of "improper sexual conduct," which he denied. He has since returned as a CNN analyst, after a CNN investigation "found no reason to continue to keep Mr. Lizza off the air." He was hired in June by Esquire as its chief political correspondent.

Cited in Part in Dekom v. Barnes & Noble, Inc
19cv7834 Archived on or provided 9/3/20
Further reproduction is prohibited without permission.
This document is protected by copyright.

9/11/2020
Case 1:18-cv-07834-MKV-GWG   Document 182   Filed 01/05/21   Page 30 of 36
After Weinstein: Nearly 100 Men Accused of Sexual Misconduct and Their Fall From Power - The New York Times

**Heath Evans** DEC. 11, 2017

Analyst for NFL Network and former NFL player

Suspended and then terminated by the network after accusations of sending a co-worker sexually explicit photos. He called the accusations "false."

**Ike Taylor** DEC. 11, 2017

Analyst for NFL Network and former NFL player

Suspended after accusations of sending a coworker "sexually inappropriate" photos and video. Eventually lost employment at the network.

**Ken Friedman** DEC. 12, 2017

Chef and restaurateur

Took an indefinite leave of absence after 10 employees accused him of unwanted sexual advances. Mr. Friedman later dissolved his partnership with April Bloomfield and split up ownership of their restaurants.

**Tavis Smiley** DEC. 13, 2017

Host of PBS talk show, "Tavis Smiley"

PBS stopped distributing Mr. Smiley's show after an investigation found "credible allegations" that he had sexual relationships with subordinates. Some witnesses reportedly expressed concern that their jobs were tied to continuing the relationships, which Mr. Smiley said were consensual. He filed a lawsuit against PBS, and it filed a countersuit, detailing more alleged sexual misconduct. Mr. Smiley now hosts a show on The Word Network.

**Brad Kern** DEC. 14, 2017

Producer of "NCIS: New Orleans"

Fired after an investigation into accusations of misconduct including sexual harassment, discrimination and making racially insensitive comments.

**Morgan Spurlock** DEC. 14, 2017

Director

Stepped down from his production company and said he was "part of the problem" in a social media post. He revealed that he had been accused of rape in college and had later settled a separate sexual harassment claim.

**Daylin Leach** DEC. 17, 2017

Pennsylvania state senator

Ended his campaign for Congress after he was accused of sexual harassment and inappropriate touching by multiple staff members. Mr. Leach denied any inappropriate touching. He remains in the State Senate.

**Chuck Close** DEC. 20, 2017

Artist

The National Gallery of Art canceled a planned exhibition after accusations by several women that Mr. Close sexually harassed them when they went to his studio to pose for him. He said he was sorry if he had made the women feel uncomfortable.

**Marcelo Gomes** DEC. 21, 2017

Principal dancer at American Ballet Theater

Resigned after being accused of sexual misconduct. His spokeswoman said, "This is a time of reflection for Marcelo."

**James Rosen** DEC. 22, 2017

Chief Washington correspondent, Fox News

Left after accusations of sexual harassment, including groping and attempted forcible kissing, of female colleagues.

**Mike Germano** DEC. 23, 2017

Chief digital officer at Vice Media

Citron Parkeros - Barnes Noble inc.
ny7834 Decided on 9/3/20
Archived on 9/11/20
Further reproduction is prohibited without permission.
Content of this document is protected by copyright.

After #MeToo Reckoning, a Movement at a Standstill - The New York Times

Placed on leave and did not return after two women accused him of sexual harassment, including pulling one of them onto his lap. Mr. Germano has said he did "not believe that these allegations reflect the company's culture."

**Rhys James** DEC. 23, 2017

Producer at Vice Media

Vice reached a settlement in early 2017 with a co-worker who accused him of making sexist comments. In the agreement, Vice and Mr. James denied any liability. He was placed on leave in November and no longer works at the company.

**David Diaz** JAN. 3, 2018

Children's book illustrator

Resigned from the board of the Society of Children's Book Writers and Illustrators after a woman said that he had sexually harassed her in 2012. Mr. Diaz apologized to the woman and said he underwent sexual harassment training after a complaint that year. He said he felt pressured to resign.

**Ben Vereen** JAN. 5, 2018

Actor and singer

A production group cut ties with him after multiple women accused him of sexual misconduct, including unwanted kisses and degrading comments. He apologized.

**Jeremy Tooker** JAN. 6, 2018

Founder of Four Barrel Coffee

Agreed to divest from the company after accusations of sexual assault by former employees.

**Andy Savage** JAN. 9, 2018

Memphis megachurch pastor

Resigned after a woman accused him of sexually assaulting her when she was 17. He acknowledged that he engaged in a "sexual incident."

**Joel Kramer** JAN. 13, 2018

Stunt coordinator

Dropped by Worldwide Production Agency after an actress accused him of sexually assaulting her when she was 12 during the filming of "True Lies." He denied the accusation.

**Mario Testino** JAN. 13, 2018

Fashion photographer

Companies severed ties after 13 male models accused him of sexual advances, including groping and masturbation. He has denied wrongdoing.

**Gordon Edelstein** JAN. 22, 2018

Artistic director, Long Wharf Theater

Fired after multiple women accused him of unwanted sexual contact and sexually explicit remarks. He did not publicly address the accusations.

**Barry Lubin** JAN. 23, 2018

Grandma the clown at Big Apple Circus

Resigned after admitting that he pressured a teenage girl to pose for pornographic pictures.

**Alexander Jones** JAN. 25, 2018

Sunday editor, The New York Daily News

Fired after accusations of sexual harassment by employees, including unwanted kissing.

**Patrick Witty** JAN. 29, 2018

Deputy director of photography at National Geographic

Crop Partners v Barnes Noble Inc
18cv7834 Decided 9/3/20
Archived on 9/1/20
This document is protected by copyright.
Further reproduction prohibited without permission.

After Weinstein: More Than 70 Men Accused of Sexual Misconduct and Their Fall From Power - The New York Times

Left in December. In January, multiple women publicly accused him of sexual harassment, including unwanted touching and kissing. He denied the accusations but apologized for some behavior.

---

**Charlie Walk** JAN. 29, 2018

President of the Republic Group music label

Left after at least six women accused him of persistent sexual harassment and inappropriate touching. He denied the accusations.

---

**Vincent Cirrincione** FEB. 2, 2018

Talent manager

Closed his management agency after nine women accused him of unwanted sexual advances. He apologized but described the interactions as consensual.

---

**Bradley Garner** FEB. 6, 2018

Professor at New York University and promotional musician for Yamaha

The university and Yamaha both severed ties with Mr. Garner after a report that nine students and two other women had accused him of sexual misconduct when he taught at the University of Cincinnati. He denied the accusations.

---

**Daniel Zwerdling** FEB. 6, 2018

Investigative reporter at NPR

Retired after accusations of sexual harassment from six current and former interns and staff members. He denied the accusations.

---

**Alec Klein** FEB. 7, 2018

Professor of journalism at Northwestern University

Resigned after accusations of sexual harassment, including inappropriate remarks and unwanted touching, brought by nearly 30 women. He denied wrongdoing.

---

**James Dashner** FEB. 7, 2018

Author of "The Maze Runner" series

Dropped by Random House and his literary agent amid accusations of sexual misconduct. He said, "I am taking any and all criticisms and accusations very seriously, and I will seek counseling and guidance to address them."

---

**Sean Hutchison** FEB. 8, 2018

Olympic swimming coach

Banned from U.S. Olympic activities after an investigation by a governing body found that he had sexual contact with a minor. Ariana Kukors Smith, a swimmer, said he had sexually abused her when she was a teenager. He denied any abuse and said they had a consensual relationship starting when she was of legal age.

---

**Jim Walsh** FEB. 13, 2018

Co-founder of the political consulting firms DSPolitical and Rising Tide Interactive

Resigned from his consulting firms after a woman said he had sexually assaulted her a decade ago. He did not comment on the accusations.

---

**Jay Asher** FEB. 14, 2018

Author of "Thirteen Reasons Why"

Dropped by his literary agent and expelled from the Society of Children's Book Writers and Illustrators amid accusations of sexual harassment. A spokeswoman for Mr. Asher said that he had not been kicked out of the society and that he denied any harassment.

---

**Greg Kadel** FEB. 16, 2018

Fashion photographer

Victoria's Secret suspended its work with Mr. Kadel, and Condé Nast cut ties after sexual misconduct accusations from models who said he harassed and assaulted them when they were teenagers. A spokeswoman for Mr. Kadel said he "never sexually coerced or assaulted anyone."

Certain Partners d/b/a James Noble Inc
18-CV-7834 Document received on 9/11/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

After Weinstein: More Than 200 Powerful Men Have Lost Their Positions in 15 Months - The New York Times

**Patrick Demarchelier**  FEB. 16, 2018

Fashion photographer

Condé Nast stopped working with Mr. Demarchelier after seven women accused him of unwanted sexual advances and groping. He denied the accusations.

---

**Michael Feinberg**  FEB. 22, 2018

Co-founder of KIPP, a chain of charter schools

Dismissed after an investigation found credible an accusation that he sexually abused a student. He denied the accusation.

---

**Mike Isabella**  MARCH 19, 2018

Chef and owner of Mike Isabella Concepts restaurant group

After a woman accused Mr. Isabella and his partners of sexually harassing her, he lost business with the Washington Nationals, and Know Public Relations, the firm that represented him, severed ties. He has not resigned and has denied any wrongdoing.

---

**Nicholas Nixon**  MARCH 24, 2018

Professor at Massachusetts College of Art and Design

Retired amid a school investigation into accusations of inappropriate behavior. Soon after, former students accused him of inappropriate sexual behavior, including assignments to photograph genitalia. He apologized to some students, though his lawyer said the accusations were "untested and unproven."

---

**William D. Strampel**  MARCH 26, 2018

Former dean of Michigan State University's osteopathic medical school

Resigned from faculty after being arrested on charges of sexual harassment of students. He denied the accusations. For years, Dr. Strampel supervised Dr. Lawrence G. Nassar, a longtime U.S.A. Gymnastics team doctor who pleaded guilty in November to molesting girls.

---

**John Kricfalusi**  MARCH 28, 2018

Creator of "The Ren & Stimpy Show"

Cartoon Network and Adult Swim do not plan on working with him in the future, after accusations that he had sexually exploited teenage girls. He denied most of the accusations, but admitted to Buzzfeed that he had had a 16-year-old girlfriend.

---

**Benton Strong**  APRIL 23, 2018

Former mayoral spokesman and adviser in Seattle's sustainability office

Resigned after accusations that he made sexual comments and sent text messages to two women at a previous job. He said he has "made mistakes."

---

**Justin Parish**  APRIL 24, 2018

Alaska state representative

Took mandated sexual harassment training after a woman filed a complaint of unwanted flirting, unwanted touching and inappropriate phone calls. He declined to seek re-election.

---

**Nick Miccarelli**  MAY 5, 2018

Pennsylvania state representative

Stripped of committee assignments and decided not to run for re-election after a House investigation found accusations of sexual assault and abuse from two women to be credible. He denied the accusations.

---

**Roy Frumkes**  MAY 8, 2018

Professor at School of Visual Arts

Removed from his position after lawsuit settlements to four women who accused him of making lewd comments and groping.

---

**Jonathan Kaiman**  MAY 16, 2018

Beijing bureau chief at The Los Angeles Times

Resigned after two women accused him of sexual misconduct. He disputed the accusations, calling the acts in one episode "mutually consensual."

**Mohamed Muqtar** <u>MAY 17, 2018</u>

Assistant director of student services at University of California, Berkeley

Fired after multiple female athletes accused him of sexual assault and misconduct. He did not comment on the accusations.

**Robert Haufrecht** <u>MAY 18, 2018</u>

Instructor at School of Visual Arts

Was suspended and his contract was not renewed, in response to concerns raised by students, one of whom said he showed her unwanted attention, commented on her appearance and told her in class to rehearse suggestive scenarios.

**Nate Boulton** <u>MAY 23, 2018</u>

Iowa state senator

Suspended his campaign for governor after accusations that he touched three women inappropriately. He remains an Iowa state senator.

**Morgan Freeman** <u>MAY 24, 2018</u>

Actor and producer

Visa suspended a marketing campaign featuring Mr. Freeman after eight people accused him of sexual harassment or inappropriate behavior. Mr. Freeman apologized, saying that he would not "intentionally offend or knowingly make anyone feel uneasy."

**Lou Lang** <u>MAY 31, 2018</u>

Illinois state representative

Resigned as deputy House majority leader after accusations of sexual harassment, which he called "absurdities." Mr. Lang was later cleared by an inspector general inquiry that acknowledged he acted inappropriately. He remained a state representative.

**Curt Anderson** <u>JUNE 14, 2018</u>

Maryland state delegate

Ordered to undergo sexual harassment training and stripped of leadership posts after an ethics committee investigation into accusations of sexual misconduct. He said the actions taken against him were "fair" and is running for re-election.

**Francisco J. Ayala** <u>JUNE 29, 2018</u>

Professor and benefactor of the University of California, Irvine

Resigned after an investigation into accusations of sexual harassment. The university said it would remove his name from a school, fellowships and other programs. Dr. Ayala said he regretted what he thought of as "the good manners of a European gentleman."

**William Preucil** <u>JULY 26, 2018</u>

Cleveland Orchestra concertmaster and professor at Cleveland Institute of Music

The Cleveland Orchestra suspended him after accusations of sexual misconduct, and it opened an investigation that was continuing as of early October. One of four concertmasters has been stepping in to fill his role. Mr. Preucil resigned from his teaching position at the Cleveland Institute of Music.

**Chase Finlay** <u>SEPT. 5, 2018</u>

Principal dancer, New York City Ballet

Accused in a lawsuit of exchanging lewd texts and photos of female dancers; he resigned. His lawyer called the suit "nothing more than allegations that should not be taken as fact."

**Zachary Catazaro** <u>SEPT. 15, 2018</u>

Principal dancer, New York City Ballet

Accused in a lawsuit of exchanging a lewd photo and text messages about female dancers; he was fired. He said "the intent was not to harm or embarrass anyone."

Cited in Paul v. Barnes Noble, Inc.
18cv7834 Provided 9/3/20
Archived on 9/3/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

**Amar Ramasar**   SEPT. 15, 2018

Principal dancer, New York City Ballet

Accused of exchanging lewd text messages and explicit photos of a female dancer; he was fired. His lawyer said the messages involved only his own consensual activity.

---

**Adam Berkowitz**   SEPT. 25, 2018

Co-head of television at Creative Artists Agency

Departed days after he is said to have groped a television executive at an Emmys party. He did not comment on the accusation.

---

## The Three Women Who Lost Jobs

Over all, few women have faced accusations
of misconduct in the #MeToo era, but several
who did also faced employment consequences.

**See also:** Replaced | Vacant | Not Replaced | Back to Top ↑

**Cristina Garcia**   FEB. 9, 2018

California state assemblywoman

Removed from committee posts amid sexual harassment accusations from a former legislative staff member. An investigation initially found no wrongdoing, but it was reopened after an appeal. Ms. Garcia has denied the accusations and is running for a fourth term.

Interim

**Al Muratsuchi**

Acting chairman
of the Assembly
Natural
Resources
Committee

**Susan Talamantes Eggman**

Acting
chairwoman of
the California
Legislative
Women's Caucus

---

**Andrea Ramsey**   DEC. 15, 2017

Candidate for U.S. House seat in Kansas

Ended campaign after accusations that she had sexually harassed, and then fired, a former subordinate. She denied the accusations.

---

**Asia Argento**   AUG. 19, 2018

Actress and director

Removed as a judge on "X Factor Italy" after reports that she sexually assaulted and then paid off a 17-year-old former co-star in California. She denied the accusations. CNN also pulled episodes of "Anthony Bourdain: Parts Unknown" featuring Ms. Argento from its streaming service.

Note: The list includes high-profile men and women in the United States who permanently lost their jobs or significant roles, professional ties or projects (e.g., concert tours, book deals) within the past year after publicly reported accusations of sexual misconduct. Names were gathered from New York Times archives and a search of other news reports since Oct. 5, 2017. The list excludes cases of those put on temporary or indefinite leave.

By AUDREY CARLSEN, MAYA SALAM, CLAIRE CAIN MILLER, DENISE LU, ASH NGU, JUGAL K. PATEL and ZACH WICHTER

Brooks Barnes, Quoctrung Bui, Doris Burke, Michael Cooper, Joe Coscarelli, Alan Feuer, Simone Landon, Michael Paulson, Robin Pogrebin, Melena Ryzik and Jennifer Schuessler contributed reporting. Additional work by Destinée-Charisse Royal. Photo of Nicole Berry courtesy of Teddy Wolff/The Armory Show.

**Editors' Note: Oct. 29, 2018**

This list has been updated to clarify the sequence of events involving accusations against Paul Shapiro at the Humane Society.

- Email
- Share
- Tweet
- More

Cited in Part — Barnes Noble Inc.
18cv7834 — Provided 9/3/20
Archived on 9/11/20
This document is protected by copyright.
Its reproduction prohibited without permission.



## [Dozens of Officials Tied to Larry Nassar Sexual Abuse Scandal](#)

[July 30, 2019](#)

Advertisement

## Site Information Navigation

- [© 2020 The New York Times Company](#)
- [Home](#)
- [Search](#)
- Accessibility concerns? Email us at [accessibility@nytimes.com](mailto:accessibility@nytimes.com). We would love to hear from you.
- [Contact Us](#)
- [Work with us](#)
- [Advertise](#)
- [Your Ad Choices](#)
- [Privacy](#)
- [Terms of Service](#)
- [Terms of Sale](#)

## Site Information Navigation

- [Site Map](#)
- [Help](#)
- [Site Feedback](#)
- [Subscriptions](#)

[Go to the previous story](#)
[Go to the next story](#)

Cited in Parneros v Barnes Noble Inc
18cv7834 Decided 9/3/20
Archived on 9/11/20
This document is protected by copyright.
Further reproduction is prohibited without permission.